MEMO ENDORSED   Case 1:25-cv-04344-ALC   Document 18   Filed 10/06/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/2025



# SWARTZ CULLETON FERRI

**Bryan M. Ferris**
*Esquire*

**Brandon A. Swartz**
*Esquire*

**Christopher J. Culleton**
*Esquire*

**Brett E. Zuckerman**
*Esquire*

*Please reply to:*
**315 W. 36th Street
2nd Floor
New York, NY 10018**

Phone:
**212.852.6070
917.873.4445**

Fax:
**646.860.9183**

Website:
**www.swartzculletonferris.com**

Email:
**bferris@scflawoffice.com
bswartz@scflawoffice.com
cculleton@scflawoffice.com
bzuckerman@scflawoffice.com**

*315 W. 36th Street
2nd Floor
New York, NY 10018*

*547 E. Washington Avenue
Newtown, PA 18940*

September 26, 2025

<u>Via ECF</u>
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: <u>Andrew Moore v. Unum Group, et al.</u>
        Civil Action No. 1:25-cv-04344-ALC
        **LETTER MOTION TO
        EXTEND TIME TO REOPEN CASE**

Dear Judge Carter:

  The undersigned represents the Plaintiff in connection with the above-referenced matter. On August 28, 2025, upon report by the parties that the matter had settled, the Court entered an Order of Discontinuance, without prejudice, with a thirty (30) day deadline for an application to restore the Action. Since that time, Defendants have provided Plaintiff with a proposed release. Plaintiff and Defendants have some disagreement as to some of the language in the release, and are working through these issues with their respective counsel. Thus, the parties are respectfully requesting that the Court enter an Order extending the time that the parties may apply to reopen the case for an additional sixty (60) days, to November 26, 2025. Defendants do not object this request. Thank you in advance for Your Honor's consideration of this request.

           Swartz Culleton Ferri, PLLC

           By:

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 6, 2027
New York, NY

           Brett E. Zuckerman, Esquire
           Swartz Culleton Ferri, PLLC
           500 Seventh Ave., 8th FL
           New York, New York 10018
           Attorney for Plaintiff,
           Brett E. Zuckerman, Esquire
           Attorney ID No. 4942421
           *Office*: (212) 852-6070 x152
           *Fax*: (646) 860-9183