UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOORE

                Plaintiff,

          -against-

UNUM GROUP ET AL

               Defendants.

:        1:25-cv-4344 (ALC)

:        ORDER

x

**ANDREW L. CARTER, JR., United States District Judge:**

In the December 29, 2025 joint status report, the Parties stated they would file another joint status report on January 2, 2026 and have not done so. The Parties are ordered to file a joint status report by March 25, 2026 with the status of settlement. If the Parties want to be referred to the magistrate judge, the court-annexed mediation program, or this Court for assistance with settlement, they should indicate this in their joint status report.

    **SO ORDERED.**

**Dated:**
      **March 18, 2026**
      **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**